FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 DEC 28  PM 12: 07

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | |
| | | Criminal No. RDB-07-0478 |
| LINDA ALLEN CORDELL, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM ORDER

Currently pending before this Court are Defendant Linda Allen Cordell's ("Defendant" or "Cordell") Letter Motion for Copy Work [SEALED] (ECF No. 61); Motion for Copy Work (ECF No. 85); and Motion for Copy Work (ECF No. 89), in which Defendant requests copies of the following documents at the Government's expense:

- "Commitment Paper;"
- "Plea Agreement;"
- "Motion to Vacate Sentence Date 10-22-2008;"
- "Motion to Suppress Statements Date 11-19-2007;" and
- "Motion to Dismiss Date 9-17-2008."

This Court has subsequently sent the requested documents, along with a copy of the docket sheet in this case, to the warden of the institution where Defendant is housed. It is this Court's policy to send all requested materials to the warden. Via Correspondence dated April 19, 2011 (ECF No. 67); October 26, 2015 (ECF No. 79); October 28, 2016 (ECF No. 97); and December 19, 2016 (ECF No. 104), this Court has explained its policy to

1

Defendant and directed Defendant to contact institution staff so that the materials may be made available for review. Accordingly, the pending Motions for Copy Work (ECF Nos. 61, 85 & 89) are now MOOT.

Also pending before this Court is Defendant's Motion to Amend Pleadings to Reflect Legal Name (ECF No. 103). Defendant was sentenced by this Court under the name "Larry Allen Cordell," but Defendant's legal name was subsequently changed to "Linda Allen Cordell." Accordingly, via Order dated October 19, 2016 (ECF No. 92), this Court ordered that Defendant's committed name be changed from "Larry Allen Cordell" to "Linda Allen Cordell." To the extent Defendant now seeks to amend additional "pleadings" to reflect this name change, the pending Motion to Amend (ECF No. 103) is DENIED. This Court has re-captioned this case to reflect Defendant's name change, and all future pleadings will reflect that name change. However, this Court will not amend any additional prior filings.

## CONCLUSION

For the reasons stated above, it is this 27th day of December, 2016, ORDERED that:

1. Defendant's Letter Motion for Copy Work [SEALED] (ECF No. 61) is MOOT;
2. Defendant's Motion for Copy Work (ECF No. 85) is MOOT;
3. Defendant's Second Motion for Copy Work (ECF No. 89) is MOOT;
4. Defendant's Motion to Amend Pleadings to Reflect Legal Name (ECF No. 103) is DENIED; and
5. The Clerk of this Court transmit copies of this Memorandum Order to Defendant Counsel of Record.

_/s/ Richard D. Bennett_
Richard D. Bennett
United States District Judge